IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:24-cr-43 |
| PRASAD MARGABANDHU<br>a/k/a Prasad Bandhu | **[UNDER SEAL]** |

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within fourteen (14) days of Arraignment unless the Court extends the time upon written application made within said fourteen (14) day period.

_____            _____
Date                                                                  Attorney for Defendant
                                                                              Prasad Margabandhu, a/k/a Prasad Bandhu