CRIMINAL CASE INFORMATION SHEET          2:24-cr-43

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____24-cr-17_____ Judge ____Christy Criswell Wiegand____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. _X_ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: PRASAD MARGABANDHU, a/k/a Prasad Bandhu

Is indictment waived:              ____ Yes    _X_ No

Pretrial Diversion:                ____ Yes    _X_ No

Juvenile proceeding:               ____ Yes    _X_ No

Defendant is:                      _X_ Male    ____ Female

Superseding indictment or information   ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: ALLEGHENY

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | N/A | |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 4 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | PRASAD MARGABANDHU, a/k/a Prasad Bandhu | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 157(3) | Bankruptcy Fraud | X | |
| 2 | 18 U.S.C. §§ 2 and 1341 | Mail Fraud | X | |
| 3 | 18 U.S.C. § 844(n) | Conspiracy to Maliciously Destroy Property by Fire | X | |
| 4 | 18 U.S.C. §§ 2 and 844(i) | Malicious Destruction of Property by Fire | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE   February 20, 2024

*s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777

*s/Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568