IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRASAD MARGABANDHU<br>a/k/a Prasad Bandhu | Criminal No. 2:24-cr-43<br>**[UNDER SEAL]** |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci and Shaun E. Sweeney, Assistant United States Attorneys for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant PRASAD MARGABANDHU, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 2, 157(3), 844(i), 844(n) and 1341.

Recommended bond: Detention.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By: *s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777

*s/Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568